*Petters, Petitioner, v. Williamson & Assocs., Respondent,* No. 74207-3. Petition for review of a decision of the Court of Appeals, No. 49236-5-I, February 24, 2003, 115 Wn. App. 1047. *Denied* February 3, 2004.

*State, Respondent, v. Rodriguez, Petitioner,* No. 74209-0. Petition for review of a decision of the Court of Appeals, No. 28731-5-II, June 3, 2003, 117 Wn. App. 1014. *Denied* February 3, 2004.

*State, Respondent, v. White, Petitioner,* No. 74258-8. Petition for review of a decision of the Court of Appeals, No. 49825-8-I, June 16, 2003, 117 Wn. App. 1025. *Denied* February 3, 2004.

*State, Respondent, v. Dropalski, Petitioner,* No. 74265-1. Petition for review of a decision of the Court of Appeals, Nos. 28319-1-II, 28322-1-II, June 10, 2003, 117 Wn. App. 1022. *Denied* February 3, 2004.

*State, Respondent, v. Larson, Petitioner,* No. 74276-6. Petition for review of a decision of the Court of Appeals, No. 50283-2-I, April 28, 2003, 116 Wn. App. 1050. *Denied* February 3, 2004.

*State, Respondent, v. Engman, Petitioner,* No. 74279-1. Petition for review of a decision of the Court of Appeals, No. 48774-4-I, June 9, 2003, 117 Wn. App. 1016. *Denied* February 3, 2004.

*State, Respondent, v. Engebretson, Petitioner,* No. 74284-7. Petition for review of a decision of the Court of Appeals, No. 28809-5-II, May 28, 2003, 117 Wn. App. 1004. *Denied* February 3, 2004.

State, Respondent, v. Goms, Petitioner, No. 74110-7. Petition for review of a decision of the Court of Appeals, No. 27975-4-II, May 28, 2003. *Denied* February 3, 2004.